UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6169

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VICTOR JARVIS, a/k/a Vic, a/k/a V, a/k/a
Powder Man,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. J. Calvitt Clarke, Jr., Senior District Judge. (CR-95-26, CA-99-21-4)

Submitted: April 15, 1999          Decided: April 20, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Victor Jarvis, Appellant Pro Se. Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order dismissing his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion as time barred.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Jarvis, Nos. CR-95-26; CA-99-21-4 (E.D. Va. Jan. 8, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2